**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRANDY WINFORD** **PLAINTIFF**

**v.** **CASE NO. 3:25-CV-00146-BSM**

**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**
Commissioner

# ORDER

After a *de novo* review, Magistrate Judge Patricia S. Harris's proposed findings and recommendations [Doc. No. 11] are adopted. The Commissioner's decision is affirmed and Brandy Winford's complaint is dismissed with prejudice.

IT IS SO ORDERED this 11th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE